

Victoria Giampa
1848 Wellington Court
Henderson, NV 89014
(702 434-9027
superjanedoe@yahoo.com
*Plaintiff in Pro Se*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA GIAMPA,<br><br>Plaintiff,<br><br>vs.<br><br>MIDFIRST BANK; FANNIE MAE, FANNIE MAE AS TRUSTEE FOR SECURITIZED TRUST, FANNIE MAE REMIC PASS-THROUGH CERTIFICATES 2006-123 TRUST; COUNTRYWIDE SERVICING CORP., BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; GREEN TREE SERVICING, LLC; DITECH FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, ("MERS"); NATIONAL DEFAULT SERVICING CORPORATION; and does 1 through 100 inclusive, *et al.*<br><br>Defendants. | Case No.:<br>2:17-cv-01208-MMJD-CWH<br><br>PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT NATIONAL DEFAULT SERVICING |

To the Clerk of the United States District Court for the District of Nevada:

1

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Victoria Giampa respectfully requests that the Clerk of the Court enter a default against Defendant National Default Servicing for failure to plead or otherwise defend against this action in a timely matter.

As evidenced by the proof of service on file with this Court, Defendant National Default Servicing was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on August 10, 2017.

The time limit for Defendant National Default Servicing to appear or otherwise respond to Plaintiff's Verified Complaint expired on August 30, 2017.

Defendant National Default Servicing has failed to plead or otherwise respond to Plaintiff's Verified Complaint filed on April 28, 2017.

Plaintiff seeks a default from the Clerk of this Court as further explained in the attached Declaration.

Dated: September 18, 2017

Respectfully submitted,

*Victoria Giampa*
Victoria Giampa

## DECLARATION OF PLAINTIFF VICTORIA GIAMPA

1. I am the Plaintiff in this action, and I am familiar with the pleadings in this matter. I submit this declaration in support of Plaintiff's Application for Entry of Default Against Defendant National Default Servicing. If called as a witness, I could and would competently testify.

2. Defendant National Default Servicing was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on August 10, 2017, as evidenced by the proof of service docketed on this same date.

3. Under Rule 12, Defendant National Default Servicing was required to plead or otherwise respond to Plaintiff's Verified Complaint by August 30, 2017. The time to plead or otherwise respond to Plaintiff's Verified Complaint has not been extended by any agreement of the parties or any order of this Court.

4. Plaintiff respectfully requests this court to take judicial notice of the Clerk's Entry of Summons Issued, Docket #10, on August 10, 2017, as to Defendant National Default Servicing Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Victoria Giampa
*Plaintiff In Pro Se*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2017, a true and correct copy of the foregoing was served by U.S. Mail, first-class postage prepaid, to the following Parties to this action:

Darren T. Brenner
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
Fax: 702-380-8572
Darren.brenner@akerman.com

    Attorney for Defendants Bank of America, N.A.; Countrywide Servicing Corp.; Bank of America Corporation; BAC Home Loans Servicing; Recontrust Company, N.A; Fannie Mae, Fannie Mae as Trustee For Securitized Trust; Fannie Mae Remic Pass-Through Certificates 2006-123 Trust

Brigette E. Foley
Wolfe & Wyman LLP
6757 Spencer Street
Las Vegas, NV 89119
702-476-0100
Fax: 702-476-0101
Email: befoley@wolfewyman.com

    Attorney for Defendants Green Tree Servicing, LLC; Ditech Financial LLC, and Mortgage Electronic Registration System ("MERS")

Tiffany & Bosco, P.A.
212 South Jones Blvd.
Las Vegas, NV 89107

    Attorney for Defendant National Default Servicing Corporation

Dated this 18th day of September 2017.

*Victoria Giampa*
Victoria Giampa
*Plaintiff In Pro Se*