AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_****_____DISTRICT OF\_\_NEVADA_____

VICTORIA GIAMPA,

       Plaintiff,    JUDGMENT IN A CIVIL CASE

  v.

                                     CASE NUMBER:    2:17-cv-01208-MMD-CWH

MIDFIRST BANK, et al.

       Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that BANA Defendants' Motion to Dismiss (ECF No. 45) and MERS Defendants' Motion to Dismiss (ECF No. 62) are granted, and Plaintiff's complaint is dismissed with prejudice.

    **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Temporary Restraining Order (ECF Nos. 11, 12) and Motion for Entry of Default against Defendant National Default Servicing (ECF No. 49) are denied as moot. Any remaining motions are also denied as moot.

    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

  November 9, 2017            **DEBRA K. KEMPI**
                                                       Clerk

                                                /s/  K. Walker
                                                Deputy Clerk