UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA GIAMPA,<br><br>         Plaintiff,<br><br>         vs.<br><br>MIDFIRST BANK; FANNIE MAE, FANNIE MAE AS TRUSTEE FOR SECURITIZED TRUST, FANNIE MAE REMIC PASS-THROUGH CERTIFICATES 2006-123 TRUST; COUNTRYWIDE SERVICING CORP., BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; GREEN TREE SERVICING, LLC; DITECH FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, ("MERS"); NATIONAL DEFAULT SERVICING CORPORATION; and does 1 through 100 inclusive, *et al.*<br><br>         Defendants. | **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Victoria Giampa, In Proper Person, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit, from an order of U.S. District Court Judge Miranda M. Du, dated November 9, 2017, dismissing with prejudice Plaintiff's Verified Complaint, entered in this action on the 28th day of April 28, 2017.

Dated:   December 5, 2017.

                              /s/ Victoria Giampa
                              Victoria Giampa
                              *Plaintiff In Pro Se*