UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 06 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTORIA GIAMPA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MIDFIRST BANK; FANNIE MAE; FANNIE MAE AS TRUSTEE FOR SECURITIZED TRUST; FANNIE MAE REMIC PASS THROUGH CERTIFICATES 2006-123 TRUST; COUNTRYWIDE SERVICING CORP.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING; RECONSTRUCT COMPANY, N.A.; GREEN TREE SERVICING LLC; DITECH FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONAL DEFAULT SERVICING CORPORATION,<br><br>        Defendants - Appellees. | No. 17-17438<br><br>D.C. No. 2:17-cv-01208-MMD-CWH<br>U.S. District Court for Nevada, Las Vegas<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Mon., February 5, 2018**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

| | |
|---|---|
| **Mon., March 5, 2018** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7