**1**   **COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**2**   **WOLFE & WYMAN LLP**
**6757 Spencer Street**
**3**   **Las Vegas, NV 89119**
**Tel: (702) 476-0100**
**4**   **Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

**Attorneys for Defendants**
**DITECH FINANCIAL LLC; and**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC.**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA GIAMPA,<br><br>       Plaintiff,<br>v.<br><br>MIDFIRST BANK; FANNIE MAE, FANNIE MAE AS TRUSTEE FOR SECURITIZED TRUST, FANNIE MAE REMIC PASS-THROUGH CERTIFICATES 2006-123 TRUST; COUNTRYWIDE SERVICING CORP., BANK OF AMERICA CORPORATION; BANK OF AMERICA.N.A., BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; GREEN TREE SERVICING, LLC; DITECH FINANCIAL, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEM,("MERS"); NATIONAL DEFAULT SERVICING CORPORATION; AND DOES 1 THROUGH 100 INCLUSIVE, et al.,<br><br>       Defendants. | Case No.: 2:17-cv-01208-MMD-CWH<br><br>**ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS IN CLOSED MATTER** |

Judgment having been entered in this case in favor of all Defendants, Defendant, DITECH FINANCIAL, LLC ("DITECH")having filed a Motion to Expunge Lis Pendens on June 10, 2019 (ECF No. 82.), the Court having considered the moving papers, its own files, and good cause appearing therefore, ORDERS as follows:

    1.     The Court grants MERS' Motion to Expunge Lis Pendens and enters an order expunging, canceling, and discharging the Notice of Pendency of Action recorded on June 6, 2017 with the Clark County Recorder's Office as Instrument No. 20170606-0002512 as to a certain parcel

1

of real property with Assessor's Parcel No. 178-05-718-011.

2. The Court grants MERS' Motion to Expunge Lis Pendens and enters an order expunging, canceling, and discharging the Notice of Pendency of Action recorded on August 9, 2017 with the Clark County Recorder's Office as Instrument No. 20170809-0001013 as to a certain parcel of real property with Assessor's Parcel No. 178-05-718-011.

IT IS THEREFORE ORDERED that MERS' Motion to Expunge Lis Pendens is hereby granted.

IT IS FURTHER ORDERED the Lis Pendens recorded on June 6, 2017 with the Clark County Recorder's Office as Instrument No. 20170606-0002512 is hereby expunged.

IT IS FURTHER ORDERED the Lis Pendens recorded on August 9, 2017 with the Clark County Recorder's Office as Instrument No. 20170809-0001013 is hereby expunged.

IT IS FURTHER ORDERED that a copy of this Order may be recorded with the Clark County's Recorder's Office in the applicable chain of title.

IT IS SO ORDERED.

DATED: June 11, 2019

UNITED STATES DISTRICT JUDGE

Submitted by:

WOLFE & WYMAN LLP

By: _____
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendants
DITECH FINANCIAL, LLC; and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

2

3363909.1

**CERTIFICATE OF SERVICE**

On June 5, 2019, I served the foregoing [**PROPOSED] ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS IN CLOSED MATTER** by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

Gregory L Wilde    efilenv@tblaw.com

Darren T Brenner    darren.brenner@akerman.com, akermanlas@akerman.com, ariel.stern@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

Kevin S. Soderstrom    kss@tblaw.com, efilenv@tblaw.com

Brandon Phillips    blp@abetterlegalpractice.com, admin@abetterlegalpractice.com, associate@abetterlegalpractice.com, reception@abetterlegalpractice.com

Jesse A. Ransom    jesse.ransom@akerman.com, akermanLAS@akerman.com, brieanne.siriwan@akerman.com, erin.abugow@akerman.com, jennifer.richardson@akerman.com, tracey.wayne@akerman.com

b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Kathy A. Hagmaier
An employee of WOLFE & WYMAN LLP

3

3363909.1